

**RC Law Group, PLLC**
285 Passiac Street
Hackensack, NJ 07601
Tel: (201) 282-6500
Fax: (201) 282-6501
Web: www.rclawgroup.com

Revaz Chachanashvili∫
Rachel Drake^β
Daniel Kohn▲
Yaakov Saks▲*
Judah Stein▲

▲ *NJ & NY Bars*   ∫ *NY Bar*   β *NJ Bar*
*Federal Court – CO, TX, WI, MO, NE, NM, IL, ND, MI, CT*

April 19, 2018

The Honorable Louis L. Stanton
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

<u>**VIA ECF**</u>

  Re: <u>**Rosalind Ebanks v. Convergent Outsourcing, Inc.,** *et al.*</u>
     <u>**Docket No. 1:18-cv-02783-LLS**</u>

Your Honor,

  We represent the Plaintiff, Rosalind Ebanks, in the above referenced action, and write in accordance with Your Honor's Individual Practices.

  We are pleased to report that the Plaintiff and Defendant have reached an agreement to settle the claims as alleged in the Complaint.

  Accordingly, we respectfully request that the Court remove all upcoming dates and deadlines from its Calendar, and enter a Sixty (60) Day Order allowing for the parties to finalize and consummate the Settlement Agreement.

  We thank Your Honor and the Court for its kind considerations and courtesies.

            Respectfully,

            <u>/s/ *Daniel Kohn*</u>
            Daniel Kohn