ORIGINAL

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/19/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
ROSELIND EBANKS, a/k/a ROSALIND          :
AEBENUS, individually and on behalf      :
Of all others similarly situated,        :
                                         :
                          Plaintiff,     :     18 Civ. 2783 (LLS)
                                         :
     -    against -                      :         ORDER
                                         :
CONVERGENT OUTSOURCING, INC.,            :
JOHN DOES 1-25,                          :
                                         :
                          Defendants.    :
                                         :
----------------------------------------X

It having been reported to the court that this action is settled; and

Plaintiff having requested that the court enter a sixty-day order allowing for the parties to finalize and consummate the settlement agreement, it is

ORDERED, that this action is dismissed with prejudice but without costs; provided, however, that within sixty days of the date of this order either party may apply by letter for restoration of the action to the court's calendar.

Dated:  New York, New York
        April 19, 2018

                                    _____
                                         LOUIS L. STANTON
                                            U.S.D.J.